FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                        DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM JOEL PETTY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TERRI GONZALES, Warden,<br><br>　　　　Respondent. | Case No.  CV 12-00681 GHK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: March 22, 2012

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY