FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM JOEL PETTY,<br>Petitioner,<br>v.<br>TERRI GONZALES, Warden,<br>Respondent. | Case No. CV 12-00681 GHK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: March 22, 2012

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY